

FILED
October 16, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
       By:      RR
                         Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Case No: SA:24-CR-00538-JKP

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>ALEXIS ALDAIR CHAVEZ<br><br>Defendant | **INDICTMENT**<br><br>COUNTS 1-7:  18 U.S.C. § 2252A(a)(2)<br>Distribution of Child Pornography<br><br>COUNT 8:  18 U.S.C. § 2252A(a)(5)(B)<br>Possession of Child Pornography |

**THE GRAND JURY CHARGES:**

<u>**COUNTS ONE through SEVEN**</u>
**[18 U.S.C. §2252A(a)(2)]**

The Introduction is hereby incorporated as if fully set forth.

On or about May 15, 2024, in the Western District of Texas, Defendant,

**ALEXIS ALDAIR CHAVEZ,**

did knowingly distribute child pornography as defined in Title 18, United States Code, Section 2256(8)(A) using any means and facility of interstate and foreign commerce, and that has been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer.

| COUNT | FILENAME |
|---|---|
| 1 | 5945249877394201279.MP4 |
| 2 | 5300604183550947967.MP4 |
| 3 | 57698108234244480.MP4 |
| 4 | 5323514394987094982.MP4 |
| 5 | -8122255138724090137.MP4 |
| 6 | -3711616517663299039.MP4 |

| 7 | IMG_2034.MOV |
|---|---|

All in violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT EIGHT
### [18 U.S.C. § 2252A(a)(5)(B)]

The Introduction is hereby incorporated as if fully set forth.

On or about July 22, 2024, within the Western District of Texas, the Defendant,

**ALEXIS ALDAIR CHAVEZ,**

did knowingly possess material, specifically an Apple iPhone 13 Pro Max cellular telephone, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor, that was shipped and transported in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, including by computer,

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Sexual Exploitation of Children Violations and Forfeiture Statutes

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to Defendant, **ALEXIS ALDAIR CHAVEZ**, of its intent to seek the forfeiture of certain property subject to forfeiture, including but not limited to an Apple iPhone 13 Pro Max cellular telephone seized by law enforcement during the investigation of this case, upon conviction and pursuant to Fed. R. Crim. P. 32.2 and Title 18 U.S.C. §§ 2253(a)(1), (2), and (3), which states:

Title 18 U.S.C. § 2253. Criminal forfeiture

(a) Property subject to criminal forfeiture.-A person who is convicted of an offense under this chapter involving a visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of this chapter or who is convicted of an offense under section 2251B of this chapter, or who is

convicted of an offense under chapter 109A, shall forfeit to the United States such person's interest in-

**(1)** any visual depiction described in sections 2251, 2251A, 2252, 2252A, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter;

**(2)** any property, real or personal, constituting, or traceable to gross profits or other proceeds obtained from such offense; and

**(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL

███████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR MARK ROOMBERG
Assistant United States Attorney